In the Matter of the Estate of THOMAS H. O'KEEFE, Deceased.

GEORGE O'KEEFE, Respondent; WILLIAM O'KEEFE, as Executor of THOMAS H. O'KEEFE, Deceased, Appellant.

Argued December 6, 1938; decided January 3, 1939.

*Milton  Pinkus* for appellant.
*Fred J. Munder, Meyer J. Cantor* and *Arthur Buxenbaum*
for respondent.

Order affirmed, with costs in this court; no opinion.
Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN,
FINCH and RIPPEY, JJ.   Taking no part: O'BRIEN, J.